PD-0379-15

PD-0379-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 2:33:30 PM
Accepted 5/4/2015 4:31:18 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

## PD- 03379-15

| | | |
|---|---|---|
| **JOHN ELSWORTH COMBEST** | § | |
| *Appellant* | § | On Petition for Review of |
| v. | § | No. 01-13-00712-CR |
| | § | Court of Appeals |
| | § | First District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## PETITIONER/APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Charles Henry Jones, moves for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I. LOWER COURT PROCEEDINGS

Judgment in this case was entered on July 31, 2013. The court of appeals affirmed on February 26, 2015. No motion for rehearing was filed.

### II. PROCEEDINGS IN THIS COURT

Mr. Combest's petition was due on April 29, 2015. One previous extension was requested.

### III. REASONS FOR REQUEST

Since the court of appeals handed down its judgment, counsel has been working to complete briefs in *In re M.I.S.*, Cause No. 01-14-00684-CV and *Nomathemba Y. Sitawisha v. State*, Cause No. 01-14-00848-CR, both of which are due today and subject

to abatement; a supplement to petition for discretionary review in *Michael Jermaine Williams v. State*, Cause No. PD-0096-15; the research and briefing on remand of a juvenile court's waiver of jurisdiction that was reversed after appeal of the defendant's adult conviction, *Jorge Guerrero v. State*, Cause No. 14-13-00101-CR; and the investigation into potential grounds for a motion for new trial in *State v. Bo Daniel Shafer*, Cause No. 1433928 in the 184th District Court.

## III. FILING OF MOTION

In the exercise of due diligence, counsel could not complete Mr. Combest's petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

## PRAYER

Mr. Combest respectfully requests that this motion be granted and that the Court permit an extension of time until May 4, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*
_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas

State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**JOHN ELSWORTH COMBEST**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Petition was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, May 4, 2015.

/s/ *Cheri Duncan*

_____

**CHERI DUNCAN**